UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| O. V. CARREATHERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case number 4:10cv0725 TCM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant moves this Court for an extension of time up to and including November 12, 2010, within which to file his brief in support of his answer. Plaintiff does not object. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's second motion for an enlargement of time is **GRANTED**. [Doc. 18]

                                              /s/ Thomas C. Mummert, III
                                              THOMAS C. MUMMERT, III
                                              UNITED STATES MAGISTRATE JUDGE

Dated this  12th  day of October, 2010.